AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Ruth B. | Supreme Court of the United States | 08/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust Article Fourth U/W Martin D. Ginsburg |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/6-2/7 | Stanford University Rathbun Visiting Fellow | $25,000.00 |
| 2. 7/3-7/9 | South Texas College of Law Study Abroad Teacher in Malta | $2,765.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Military Institute and Washington & Lee University School of Law | January 31 - February 1, 2017 | Lexington, VA | Participant in conversational program for 20th anniversary of U.S. v. Virginia | transportation, lodging, food |
| 2. | Stanford University | February 6-7, 2017 | Stanford, CA | Participant in Rathbun visiting fellowship program | transportation, lodging, food |
| 3. | University of Hawai'i School of Law | February 8-12, 2017 | Honolulu, HI | Participant in jurist-in-residence program | transportation, lodging, food |
| 4. | New York City Bar Association | May 8, 2017 | New York, NY | Participant in annual RBG lecture program | transportation, lodging, food |
| 5. | Second Circuit | June 8-9, 2017 | Mohonk Mountain, NY | Annual Judicial Conference | transportation, lodging, food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Ginsburg, Ruth B.** | 08/16/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | South Texas College of Law | July 3-8, 2017 | Valletta, Malta | Teacher for study abroad program | transportation, lodging, food |
| 7. | World Justice Project | July 9-11, 2017 | The Hague, Netherlands | Participant in World Justice Forum conversational program | transportation, lodging, food |
| 8. | Utah State Bar | July 28, 2017 | Sun Valley, ID | Participant in conversational program at Utah State Bar Summer Convention | transportation, lodging, food |
| 9. | Aspen Institute | July 29-August 1, 2017 | Aspen, CO | Participant in Aspen Institute McCloskey Series program | transportation, lodging, food |
| 10. | Roosevelt University | September 11, 2017 | Chicago, IL | Participant in conversational program | transportation, lodging, food |
| 11. | Montclair State University | September 23, 2017 | Montclair, NJ | Participant in Merchant of Venice round table discussion and performance program | transportation, lodging, food |
| 12. | 92nd Street Y | September 26, 2017 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 13. | Second Circuit | September 27-28, 2017 | New York, NY | Participant in Hands Lecture and Devitt Award programs | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Washington National Opera | Opera costume from my opening night performance in The Daughter of the Regiment | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-JP Morhan formerlyMorgan Guaranty Trust Co., NYC | | None | M | T | | | | | |
| 2. TIAA CREF Retirement Accounts (H) | | | | | | | | | |
| 3. Columbia Universiy Retirement Plan (H) | | | | | | | | | |
| 4. -TIAA Traditional | E | Interest | O | T | Distributed (part) | 12/01/17 | K | | |
| 5. NJ ABP Pre 1995 403(B) Plan (H) | | | | | | | | | |
| 6. -TIAA Traditional | D | Interest | N | T | Distributed (part) | 12/01/17 | K | | |
| 7. Columbia University Voluntary Retirement (H) | | | | | | | | | |
| 8. -TIAA Traditional | B | Int./Div. | L | T | Distributed (part) | 12/01/17 | J | | |
| 9. -TIAA Real Estate | D | Int./Div. | L | T | Distributed (part) | 12/01/17 | J | | |
| 10. -CREF Stock R3 | D | Int./Div. | L | T | Distributed (part) | 12/01/17 | J | | |
| 11. -CREF Inf Linked Bond R3 | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 12. TIAA CREF IRA #1 (H)) | | | | | | | | | |
| 13. -TIAA Traditional | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 14. -CREF Social Choice R1 | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 15. -TIAA Real Estate | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 16. -CREF Bond Market R1 | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 17. -CREF Stock R1 | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TC Social Change EQ Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 19. -TC Intl EQ Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 20. -TC Mid Cap Val Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 21. -TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 22. -TC Intl Eq Idx Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 23. -TC Sm Cap Eq Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 24. -TC Intl Lnkd Bond Ret | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 25. -TC Bond Ret | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 26. TIAA IRA # 2 (H) | | | | | | | | | |
| 27. -TIAA Traditional | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 28. --CREF Social Choice R1 | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 29. -TIAA Real Estate | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 30. -CREF Bond Market R1 | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 31. -CREF Stock R1 | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 32. -TC Intl EQ Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 33. -TC Social Change EQ Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 34. -TC Mid Cap Val Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 36. -TC Intl Eq Idx Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 37. -TC Sm Cap Eq Ret | A | Int./Div. | J | T | Distributed (part) | 12/01/17 | J | | |
| 38. -TC Infl Lnkd Bond Ret | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 39. -TC Bond Ret | A | Interest | J | T | Distributed (part) | 12/01/17 | J | | |
| 40. Fried Frank Pension (commenced on death of spouse) | G | Distribution | O | T | | | | | |
| 41. JP Morgan Equity Income | B | Dividend | M | T | | | | | |
| 42. JP Morgan Market Expansion | B | Dividend | M | T | | | | | |
| 43. JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 44. JP Morgan Tax Aware Equity | B | Dividend | N | T | | | | | |
| 45. JP Morgan Strategic Income Opportunity | D | Dividend | M | T | Sold (part) | 12/19/17 | M | A | |
| 46. JP Morgan Intrepid European Fund | C | Dividend | M | T | | | | | |
| 47. JP Morgan Equity Focus Fund | A | Dividend | N | T | | | | | |
| 48. JP Morgan Unconstrained Debt Fund formerly Multi Sector Income Fund | D | Dividend | M | T | | | | | |
| 49. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 50. ISHARES Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |
| 51. ISHARES MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPM Global Res Enh Index Fund | C | Dividend | M | T | | | | | |
| 53. DEUTSCHE X-TRACKERSMSCI EAF | B | Dividend | L | T | | | | | |
| 54. DEUTSHE X-TRACKERS MSCI EUR | B | Dividend | L | T | | | | | |
| 55. ISHARES MSCI JAPAN INDEX FUND | A | Dividend | K | T | | | | | |
| 56. Trust Article 4th u/w/o Martin D. Ginsburg (beneficiary, trustee) (H) | | | | | | | | | |
| 57. -JP Morgan Chase Checking | | | | | Distributed | 05/30/17 | J | | |
| 58. Detroit MI SWR DISP 5.5% , 07/01/2036 | A | Interest | L | T | | | | | |
| 59. Arnold, MO Sales Tax Incr Rev 7.75 %, 5/1/2027 | A | Interest | K | T | | | | | |
| 60. Milwaukee WI Swrage Rev 5%, 6/1/2019 | A | Interest | L | T | | | | | |
| 61. North Carolina Eastern Muni PWR Agency4.5%, 1/1/2024 | A | Interest | L | T | | | | | |
| 62. Wichita, KS WTR & SWR Util Rev 5%, 10/1/2024 | A | Interest | L | T | | | | | |
| 63. Davis Cty UT Sch Dist ,4% 6/01/18 | C | Interest | L | T | Buy | 02/14/17 | L | | |
| 64. MA ST Cons Ln Pub;ic IMP 5.5 %, 8/1/18 | B | Interest | L | T | Buy | 01/20/17 | L | | |
| 65. PA ST Second Series, 5%, 4/15/23 | C | Interest | L | T | Buy | 01/05/17 | L | | |
| 66. FL ST Bd of Educ Lottery Rev , 5%,8/1/18 | C | Interest | L | T | Buy | 02/08/17 | L | | |
| 67. Loudon Cty VA Eco Dev 5%, 11/12/2015 | B | Interest | K | T | Buy | 01/05/17 | K | | |
| 68. Montgomery Cuty TN 5%, 4/01/21 | B | Interest | K | T | Buy | 02/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WI ST Ureref Ser1, 5%, 05/01/21 | B | Interest | K | T | Buy | 02/09/17 | K | | |
| 70. Houston TX UtilSys 1st Lien Ser C,4%, 5/15/17 | B | Interest | K | T | Buy | 01/04/17 | K | | |
| 71. Seattle WA Mun iLt& Pwr,Ser B, 5%, 4/1/22 | C | Interest | L | T | Buy | 01/03/17 | L | | |
| 72. WA ST Ref Ser R, 5%,8/1/22 | C | Interest | L | T | Buy | 01/31/17 | L | | |
| 73. Laredo TX, Ref Ltd Tax , 5% 2/15/23 | C | Interest | L | T | Buy | 01/11/17 | L | | |
| 74. Pima Cty AZ Sewr 5%, 07/01/23 | C | Interest | L | T | Buy | 01/12/17 | L | | |
| 75. Birmingham AL Warrants Ser B, 5%, 03/01/24 | C | Interest | K | T | Buy | 01/30/17 | K | | |
| 76. NH ST Ser A 5%, 3/1/25 | C | Interest | L | T | Buy | 01/09/17 | L | | |
| 77. Met Govt Nashville & Davidson Cty, 5%, 7/1/25 | B | Interest | K | T | Buy | 02/06/17 | K | | |
| 78. N TX ST Muni Wtr Dist 5%, 9/1/26 | C | Interest | L | T | Buy | 02/09/17 | L | | |
| 79. Dist of Columbia, 5%, 6/1/27 | C | Interest | L | T | Buy | 01/12/17 | L | | |
| 80. NY City NY Muni Wtr Fina, 5%, 6/15/28 | C | Interest | L | T | Buy | 02/14/17 | L | | |
| 81. NY ST Dorm Auth Persnl Inc Tax 5%, 2/15/29 | B | Interest | K | T | Buy | 10/13/17 | K | | |
| 82. Bernstein DiversifiedMuni Portfolio Fund | B | Int./Div. | L | T | Buy (add'l) | 12/19/17 | J | | |
| 83. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 84. Calvert US Large Cap Core Responsible Index FD | B | Dividend | M | T | Buy (add'l) | 7/3/17 | J | | |
| 85. | | | | | Buy (add'l) | 04/06/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA US Sustainability Core Port | B | Dividend | M | T | | | | | |
| 87. DFA US Social Core Equity 2 | B | Dividend | L | T | | | | | |
| 88. DFA Emerging MarketsSocial Core Equity | A | Dividend | L | T | | | | | |
| 89. DFA Intl Social Core Equity | C | Dividend | M | T | | | | | |
| 90. Franklin High Yield Tax Free Income | B | Int./Div. | | | Sold | 04/15/17 | L | A | |
| 91. Nuveen High Yield Muni Bond | C | Interest | K | T | Buy | 04/05/17 | K | | |
| 92. Pimco Emerging Local Bond | B | Int./Div. | K | T | | | | | |
| 93. T Rowe Price Summit Muni Intermediate | B | Int./Div. | L | T | | | | | |
| 94. Thornberg Intermed Muni Natl inst | B | Int./Div. | L | T | | | | | |
| 95. Wells FargoUltra Short Term Muni Income | A | Int./Div. | L | T | Buy (add'l) | 04/06/17 | J | | |
| 96. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 97. ISHARES TR Russell Mid Cap | A | Dividend | K | T | | | | | |
| 98. ISHARES TR Russel 2000 Value | A | Dividend | K | T | | | | | |
| 99. ISHARES TR MSCI EAFE Small Cap | B | Dividend | K | T | | | | | |
| 100. SPDR SER TR Dow Jones REIT | B | Dividend | K | T | | | | | |
| 101. TIAA Invesrment Cash | | None | J | T | | | | | |
| 102. TIAA Checking Cash | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wegoma 1974 Associates , New York, NY | A | Rent | | | Sold | 11/15/17 | M | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 08/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 56  Trust was created under article fourth of the will of Martin D. Ginsburg (spouse, deceased 6/27/10).  Trust was not funded until July 31, 2013.  Total distribution of Trust assets completed on May 30.2017.

Part  I item 1  Trust was completely liquidated on May 30,2017.

Part V item 1 was received in January 2017 and was inadvertently omitted from the Calendar Year 2017 Report as originally filed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544